**MICHAEL P. COTTER**
CHAPTER 13 STANDING TRUSTEE
870 GREENBRIER CIRCLE, SUITE 402
CHESAPEAKE, VA  23320
TELEPHONE (757) 961-3000
FACSIMILE (757) 961-3001

August 22, 2014

JP MORGAN CHASE BANK NA
PO BOX 901032
FT WORTH, TX 76101-2032

Re:   JANE ANN PERRINE
      Case No.:  12-73173
      Account No.:  2908
      USBC No.:  #3  A
      Trustee No.:  5

Dear Sir or Madam:

   Please be advised that we received the attached information.  We are treating this as a formal letter to adjust this claim.  We will show your claim as paid per your request.

   Should you have any questions regarding the above, please do not hesitate to contact this office.

   Thank you for your cooperation and assistance in this matter.


Very truly yours,

/s/ Michael P. Cotter

Michael P. Cotter
Chapter 13 Trustee

Enclosure

cc:   DANA S. POWER, ESQUIRE
      JANE ANN PERRINE
      CLERK, U.S. BANKRUPTCY COURT - EASTERN DISTRICT OF VIRGINIA (w/out enclosure)